IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00295-MSK

CONTROLTEC, LLC,
ENERGEX ENTERPRISES, INC.,

    Plaintiffs,

v.

ANTHONY DOORS, INC., d/b/a ANTHONY INTERNATIONAL,
ANTHONY DOORS,
ANTHONY, INC., a/k/a ANTHONY MANUFACTURING CO., INC.,

    Defendants.

_____

**ORDER ON JOINT MOTION TO ESTABLISH NEW DATE FOR DEFENDANT TO RESPOND TO MOTION FOR PRELIMINARY INJUNCTION**
_____

    THIS MATTER COMES before the Court pursuant to the Joint Motion to Establish New Date for Defendant to Respond to Plaintiff's Amended Motion for Preliminary Injunction **(#15)** and the Court being advised,

    DOES HEREBY ORDER that such Motion is granted and Defendant shall file its Response to Plaintiff's Amended Motion for Preliminary Injunction no later than March 13, 2006.

    DATED this 6th day of March 2006.

BY THE COURT:

_____
Marcia S. Krieger
United States District Judge