IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00295-MSK

CONTROLTEC, LLC,
ENERGEX ENTERPRISES, INC.,

    Plaintiffs,

v.

ANTHONY DOORS, INC., d/b/a ANTHONY INTERNATIONAL,

    Defendant.

---

**ORDER DENYING MOTION FOR PRELIMINARY
AND PERMANENT INJUNCTION, WITHOUT PREJUDICE**

---

THIS MATTER comes before the Court on the Plaintiffs' Amended Motion and Memorandum for Preliminary and Permanent Injunction **(#9)**. In a status report **(#22)** filed September 14, 2006, the parties advised the Court that they commenced arbitration and an arbitration hearing is set for April 23, 2007. Therefore, there is no immediate urgency for either a preliminary or permanent injunction.

**IT IS THEREFORE ORDERED** that the Plaintiffs' Amended Motion and Memorandum for Preliminary and Permanent Injunction **(#9)** is **DENIED**, without prejudice and with leave to renew.

Dated this 15th day of September, 2006

                                  **BY THE COURT:**

                                  _____
                                  Marcia S. Krieger
                                  United States District Judge